**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 18-19614 |
| William Robert Rongey; | CHAPTER 13 |
| Debtor(s). | JUDGE Janet S. Baer |

**OBJECTION TO CONFIRMATION OF PLAN FILED JULY 13, 2018**

Freedom Mortgage Corporation, hereinafter referred to as "Creditor", by and through its attorneys, ANSELMO LINDBERG & ASSOCIATES LLC, objects to the confirmation of the Chapter 13 plan for the following reasons:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(L).

4. The debtor filed a petition for relief under Chapter 13 on July 13, 2018.

5. Freedom Mortgage Corporation holds a mortgage secured by a lien on debtor's real estate commonly known as 38W460 Burr Oak Lane, Saint Charles, Illinois 60175.

6. The creditor will be filing a claim for pre-petition arrears estimated to be $34,490.26.

7. The Chapter 13 plan provides that the Debtor will pay Freedom Mortgage Corporation arrears of $23,666.00.

8. The Chapter 13 plan does not provide that the Creditor will be paid its secured claim of $34,490.26. Therefore, the plan does not comply with 11 U.S.C. § 1325(a)(5)(B).

WHEREFORE, Creditor prays for an entry of the attached Order Denying Confirmation of the Chapter 13 plan.

Freedom Mortgage Corporation
/s/ Crystal V. Sava

Anselmo Lindberg & Associates
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
bankruptcy@AnselmoLindberg.com
Firm File Number: B18070111
This law firm is deemed to be a debt collector.